# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. 2:07-cr-20051(1) |
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| DAGOBERTO SANCHEZ | : | MAGISTRATE JUDGE KAY |

## ORDER

Before the court is a Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 by defendant Dagoberto Sanchez, who is represented by counsel in this matter. Doc. 123. In his § 2255 motion Sanchez also requests that the court hold the matter in abeyance pending a decision by the United States Supreme Court in *United States v. Davis*, No. 18-431, currently on appeal from the United States Court of Appeal for the Fifth Circuit. *Id.* Noting that Sanchez's request for relief turns on the Court's decision in *Davis*, the court **GRANTS** the motion to hold case in abeyance. Accordingly, the matter is stayed. Counsel for Sanchez is directed to file a motion to lift stay after the Court has rendered its decision, at which point we will set a schedule for amending and briefing the pending motion.

THUS DONE AND SIGNED in Chambers this 2nd day of May, 2019.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE